

**FILED**

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A.PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONES | CASE NOS. | 2:12-SW-278 EFB |
|---|---|---|
| | | 2:12-SW-279 DAD |
| | | 2:12-SW-295 DAD |
| | | 2:12-SW-319 DAD |
| | | 2:12-SW-349 GGH |
| | | 2:12-SW-676 EFB |
| | | 2:12-SW-679 EFB |
| | | 2:12-SW-788 KJN |
| | | 2:12-SW-789 KJN |
| | | 2:13-SW-153 DAD |
| | | 2:13-SW-154 DAD |
| | | 2:13-SW-241 EFB |
| | | 2:13-SW-302 KJN |
| | | 2:13-SW-304 KJN |
| | | 2:13-SW-330 KJN |
| | | 2:13-SW-349 AC |
| | | 2:13-SW-355 AC |
| | | 2:13-SW-351 KJN |
| | | 2:13-SW-374 AC |
| | | 2:13-SW-406 EFB |
| | | 2:13-SW-408 EFB |
| | | 2:13-SW-409 EFB |
| | | 2:13-SW-418 EFB |
| | | 2:13-SW-423 EFB |

**REQUEST TO UNSEAL AND [PROPOSED] ORDER**

1    **REQUEST TO UNSEAL**

2    The Court has sealed the applications and orders authorizing the United States to obtain location

3    data of various cellular telephones as further identified in the above-captioned matters.  The Grand Jury

4    has returned indictments in *United States v. Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related

5    cases as part of a Title III investigation conducted by the Drug Enforcement Administration.  The

6    applications in the above-referenced matters relate to that investigation.  To date, most of the defendants

7    in those cases have been apprehended, arraigned, and judicial process has begun.  Therefore, the United

8    States requests that the above-referenced matters be unsealed and that the United States be permitted to

9    provide copies to the defendants through their counsel.

10                                   Respectfully submitted,

11   Dated:  April 3, 2014           BENJAMIN B. WAGNER
                                      United States Attorney
12

13                          By:  _____

14                                   TODD A.PICKLES
                                      Assistant United States Attorney
15

16                         **[PROPOSED] ORDER**

17   The Court hereby orders that the applications and orders as well as the sealing orders in the

18   above-referenced matters shall be unsealed and made part of the public record.

19   Dated:  4-3-2014  _____

20

21                                   Honorable Edmund F. Brennan
                                      United States Magistrate Judge
22

23

24

25

26

27

28

REQUEST TO UNSEAL AN D PROPOSED ORDER                    2